550 P.2d 625

**In the Matter of the APPEAL IN PIMA COUNTY, JUVENILE ACTION NO. S–III.**

**No. 12457–PR.**

Supreme Court of Arizona.
June 10, 1976.

### ORDER

IT IS ORDERED vacating the previous order granting the Petition for Review as improvidently granted. Justice William A. Holohan dissents from this Order.

IT IS FURTHER ORDERED denying the Petition for Review, 25 Ariz.App. 380, 543 P.2d 809. Justice William A. Holohan voted to grant.